August 6, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SVEN ERIK JOHANSSON, Appellant

NO. 14-15-00318-CV                    V.

BUNA I.S.D., ET AL, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 21, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sven Erik Johansson.

We further order this decision certified below for observance.